IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv181

| | |
|---|---|
| CARL EDWARD WILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BUNCOMBE COUNTY; ) | |
| VAN DUNCAN, Sheriff, Buncombe ) | |
| County; and ) | |
| K. HANSE, Clerk, Superior Court of ) | |
| Buncombe County, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court upon Plaintiff's civil rights Complaint filed pursuant to 42 U.S.C. §§ 1983 and 1985. (Doc. No. 1).

After a review of Plaintiff's Complaint, the Court finds that Defendants should be required to respond to his allegations.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk shall prepare process for Defendants and deliver it to the U.S. Marshal;

2. The U.S. Marshal shall serve process upon Defendants;

3. Defendants shall file responses to Plaintiff's allegations in accordance with the Federal Rules of Civil Procedure; and

4. The Clerk shall send a copy of this Order to Plaintiff.

Signed: February 8, 2011

Robert J. Conrad, Jr.
Chief United States District Judge