# United States District Court
# For The Western District of North Carolina
# Asheville Division

CARL EDWARD WILEY,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                        1:10-cv-181-RJC

BUNCOMBE COUNTY, et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 03/02/2012 Order.

                                                      Signed: March 2, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court