# United States District Court
## For The Western District of North Carolina
## Asheville Division

CARL EDWARD WILEY,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                         1:10-cv-181-RJC

BUNCOMBE COUNTY, et al.,

        Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 03/02/2012 Order.

                            Signed: March 2, 2012

                            Frank G. Johns, Clerk
                            United States District Court